

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00052-CR

| | | |
|---|---|---|
| Pervis Lee Andrews Jr. | § | From the 297th District Court |
| | § | of Tarrant County (1436114D) |
| v. | § | July 12, 2018 |
| | § | Opinion by Justice Birdwell |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell_____
Justice Wade Birdwell